IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 96-30684

---

RICKEY WILLIAMS,

Plaintiff - Appellee - Cross-Appellant,

versus

RICHARD L. STALDER,
Secretary of Louisiana Department of
Public Safety and Corrections,

Defendant - Appellant - Cross-Appellee,

EDWIN W. EDWARDS, Governor;
RICHARD A. WALL, Warden

Defendants - Appellees.

---

Appeals from the United States District Court
For the Western District of Louisiana
(94-CV-1779)

---

May 28, 1997

Before HIGGINBOTHAM, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The parties agree that the judgment entered below should properly read against Richard Wall. The State of Louisiana is the party at interest since both Richard Wall and Richard Stalder are before us in their official capacities. We grant the request to

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

correct the clerical mistake.

We are persuaded that there is sufficient evidence to support the jury verdict and that the district court did not abuse its discretion in its order of relief.

AFFIRMED.